IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1014-ZLW-BNB

LEO M. SPENDLOW, an Individual,

      Plaintiff,

v.

AMERICAN EAGLE DISTRIBUTING COMPANY, a Colorado corporation,
ANHEUSER-BUSCH SALES COMPANY OF DENVER, a Missouri corporation,,

      Defendants.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: September __28__, 2005


      It is ORDERED that the Stipulated Motion To Set Aside Entry Of Default (Fed. R. Civ. P. 55 c)) is granted, and the Entry Of Default filed September 12, 2005, hereby is set aside.  It is

      FURTHER ORDERED that Defendant American Eagle Distributing Company shall file and serve a responsive pleading on or before October 10, 2005.