## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01014-ZLW-BNB

LEO M. SPENDLOW, an individual,

      Plaintiff,

v.

AMERICAN EAGLE DISTRIBUTING COMPANY, A Colorado corporation,
ANHEUSER-BUSCH SALES COMPANY OF DENVER, a Missouri corporation,

      Defendants.

---

### STIPULATED PROTECTIVE ORDER

---

Upon stipulation of Plaintiff and Defendants, and for good cause shown, it is hereby ORDERED that the following information is designated as "Confidential":

1. All documents and information related to the sale of operations by Hunt Sales Company of Longmont to American Eagle Distributing Company and Anheuser-Busch Sales Company of Denver in approximately December 2003.

2. For purposes of this lawsuit, documents and information designated as "Confidential" may only be disclosed to court personnel, the parties, counsel for the parties, and their staff, paralegals, investigators, adjusters and associates.

3. Counsel shall not disclose Confidential information or document or any portion or summary thereof to any person or persons not entitled to disclosure by the terms of this Order.

4. In the event that any document designated "Confidential" is deposited with the Clerk of the Court, it shall be filed in ~~an envelope bearing the following designation when deposited:~~ a manner consistent with D.C.COLO.LCivR 7. [handwritten margin note: 7.2 and 7.3; BNB]

~~IN ACCORDANCE WITH THE PROTECTIVE ORDER OF THIS COURT, THE CONTENTS OF THIS ENVELOPE SHALL NOT BE SHOWN TO ANY PERSONS OTHER THAN COURT PERSONNEL, THE PARTIES IN THE CASE, THEIR ATTORNEYS, OR STAFF, PARALEGALS OR ASSOCIATES ASSISTING ATTORNEYS.~~

5. The parties agree to use reasonable care not to disclose Confidential Information. All Confidential information shall be considered at trial pursuant to the Federal Rules of Evidence.

6. Within ninety (90) days of final adjudication, including but not limited to final adjudication of any appeals or petitions for extraordinary writs, all copies of confidential documents and summaries thereof in the actual or constructive custody or possession of any party shall be returned to opposing counsel upon written request of either party. All such materials under seal of the Clerk of the Court shall be disposed of as the Court may order according to stipulation of interested parties, upon motion of any interested party or upon the Court's own initiative.

BNB

7. ~~This Order shall continue in effect until further Order of this Court.~~

*Boyd N. Boland* 10/26/05
Magistrate Judge Boyd N. Boland

Submitted for approval on this 25 day of October, 2005:

*Megan Hamy* #35793
for: Karen R. Glickstein
Shughart Thomson & Kilroy, P.C.
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 421-3355

D.J. Poyfair CO #14266
Shughart Thomson & Kilroy, P.C.
1050 Seventeenth Street, Suite 2300
Denver, CO 80265
Telephone: (303) 752-9300
Attorneys For Defendant American Eagle

Ira E. Greschler
Dipak P. Patel
St. Clair & Greschler, P.C.
3100 Arapahoe, Ste. 503
Boulder, CO 80303
303-440-7500
Attorneys For Plaintiff

6. Within ninety (90) days of final adjudication, including but not limited to final adjudication of any appeals or petitions for extraordinary writs, all copies of confidential documents and summaries thereof in the actual or constructive custody or possession of any party shall be returned to opposing counsel upon written request of either party. All such materials under seal of the Clerk of the Court shall be disposed of as the Court may order according to stipulation of interested parties, upon motion of any interested party or upon the Court's own initiative.

7. This Order shall continue in effect until further Order of this Court.

_____
Magistrate Judge Boyd N. Boland

Submitted for approval on this _____ day of October, 2005:

_____
Karen R. Glickstein
Shughart Thomson & Kilroy, P.C.
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 421-3355

D.J. Poyfair CO #14266
Shughart Thomson & Kilroy, P.C.
1050 Seventeenth Street, Suite 2300
Denver, CO 80265
Telephone: (303) 752-9300
Attorneys For Defendant American Eagle

_____Dipak Patel_____
Ira E. Greschler
Dipak P. Patel
St. Clair & Greschler, P.C.
3100 Arapahoe, Ste. 503
Boulder, CO 80303
303-440-7500
Attorneys For Plaintiff

*Marie E. Williams*
Marie E. Williams
Elizabeth A. MacDonald
Faegre & Benson LLP
1700 Lincoln Street, Suite 3200
Denver, CO 80203
303-607-3500
Attorneys for Anheuser-Busch, Incorporated

1802585.1                    Page 3 of 3