IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01014-ZLW-BNB

LEO M. SPENDLOW, an individual,

Plaintiff,

v.

AMERICAN EAGLE DISTRIBUTING COMPANY, a Colorado corporation, and
ANHEUSER-BUSCH SALES COMPANY OF DENVER, a Missouri corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion to Compel** [Doc. # 53, filed 4/20/06] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require defendant Anheuser-Busch Sales Co. of Denver ("Anheuser-Busch") to produce any and all letters of termination relating to Mr. Schneider and all materials in Mr. Schneider's personnel file relating to his termination. Production of these materials is conditioned on the entry of a protective order sufficient to protect the private nature of the materials. Anheuser-Busch shall produce documents subject to this order on or before **May 16, 2006**, or within 48 hours after entry of the necessary protective order, whichever is later; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the fact discovery cut-off date is extended to and including **May 31, 2006**, solely to allow the plaintiff to serve a subpoena duces tecum on ePredix to obtain the "raw scores" of the EI tests.

Dated May 5, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge