IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1014-ZLW-BNB

LEO M. SPENDLOW, an Individual,

      Plaintiff,

v.

AMERICAN EAGLE DISTRIBUTING COMPANY, a Colorado corporation,
ANHEUSER-BUSCH SALES COMPANY OF DENVER, a Missouri corporation,

      Defendants.

---

ORDER DISMISSING CERTAIN DEFENDANT

---

      The matter before the Court is Plaintiff's Unopposed Motion To Dismiss Defendant American Eagle Distributing.  In consideration thereof, it is

      ORDERED that the Plaintiff's Unopposed Motion To Dismiss Defendant American Eagle Distributing is granted.  It is

      FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice as to Defendant American Eagle Distributing, *only*.  It is

      FURTHER ORDERED that, in the future, the case caption shall be amended to reflect the dismissal of this Defendant.

      DATED at Denver, Colorado, this __6__ day of July, 2006.

      BY THE COURT:

      *[signature: Zita L. Weinshienk]*
      _____
      ZITA L. WEINSHIENK,  Senior Judge
      United States District Court